AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>HOLMES, JAMES L. | **2. Court or Organization**<br><br>U.S. DISTRICT COURT, ARKANSAS | **3. Date of Report**<br><br>05/02/2017 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. DISTRICT JUDGE, ACTIVE | **5a. Report Type (check appropriate type)**<br> ☐ Nomination Date<br> ☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>U.S. COURTHOUSE<br>500 W. CAPITOL, #D469<br>LITTLE ROCK, AR 72201 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | CenterPoint Cemetery Perpetual Care and Maintenance Corporation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMES, JAMES L. | 05/02/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMES, JAMES L. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NORTHWESTERN MUTUAL WHOLE LIFE | B | Dividend | K | T | | | | | |
| 2. TIAA-CREF FIXED ANNUITY | A | Interest | J | T | | | | | |
| 3. TIAA-CREF VARIABLE ANNUITY (H) | | | | | | | | | |
| 4. - CREF STOCK R1 | | None | K | T | | | | | |
| 5. ARVEST BANK (X) | A | Interest | J | T | | | | | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. - TIMOTHY PLAN LRG/MID CAP CL A | A | Dividend | L | T | | | | | |
| 8. - TEMPLETON GLOBAL BOND CLASS A | A | Dividend | K | T | | | | | |
| 9. - FRANKLIN US GOV'T CL A | A | Dividend | K | T | | | | | |
| 10. - TIMOTHY PLAN FIXED INCOME CL A | A | Dividend | K | T | | | | | |
| 11. - FRANKLIN UTILITIES CLASS A | A | Dividend | J | T | | | | | |
| 12. - FRANKLIN GOLD AND PRECIOUS METALS CL A | B | Dividend | J | T | | | | | |
| 13. - SPDR GOLD TR GOLD SHS | | None | J | T | | | | | |
| 14. - FIDELITY TREASURY MMKT CAPITAL RESRVS (X) | A | Dividend | J | T | | | | | |
| 15. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 16. - FRANKLIN UTILITIES CLASS A | B | Dividend | K | T | | | | | |
| 17. - EXXON MOBIL CORP | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMES, JAMES L. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - FRANKLIN DOUBLE TAX FREE INCOME CLASS A | A | Interest | | | Merged (with line 19) | 04/29/16 | | | |
| 19. - FRANKLIN HIGH YIELD TAX FREE INCOME A | A | Interest | K | T | | | | | |
| 20. - TIMOTHY PLAN LARGE/MID CAP GROWTH CL A | A | Dividend | K | T | | | | | |
| 21. - TIMOTHY PLAN LRG/MID CAP VALUE CLA A | A | Dividend | K | T | | | | | |
| 22. - FRANKLIN GOLD AND PRECIOUS METALS CL A | A | Dividend | J | T | | | | | |
| 23. - TIMOTHY PLAN FIXED INCOME CL A | A | Dividend | K | T | | | | | |
| 24. - FRANKLIN US GOV'T CL A | A | Dividend | K | T | | | | | |
| 25. - TIMOTHY PLAN DEFENSIVE STRAT CL A | A | Dividend | K | T | | | | | |
| 26. ▢ PARTNERSHIP, GENERAL PARTNERSHIP INTEREST | C | Distribution | M | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMES, JAMES L. | 05/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, INVESTMENTS AND TRUSTS, LINES 2, 3 AND 4 - THE TIAA-CREF ACCOUNT CONTAINS A FIXED ANNUITY (REPORTED ON LINE 2), AND A VARIABLE ANNUITY WITH ONLY ONE EQUITY INVESTMENT (CREF STOCK R1) IN THE VARIABLE ANNUITY (REPORTED ON LINES 3 AND 4).

PART VII, INVESTMENTS AND TRUSTS, LINE 6 - THIS IS A HEADING. THE UNDERLYING ASSETS ARE REPORTED SEPARATELY ON LINES 7 THROUGH 14, INCLUDING THE INCOME, YEAR-END VALUES AND TRANSACTIONS. LINE 14 IS THE MONEY MARKET ACCOUNT WHERE CASH IS HELD. THE INCOME AMOUNT AND TYPE AS WELL AS VALUE WAS THE SAME FOR THE YEAR ENDING 12/31/2015.

PART VII, INVESTMENTS AND TRUSTS, LINE 15 - THIS IS A HEADING. THE UNDERLYING ASSETS ARE REPORTED SEPARATELY ON LINES 16 THROUGH 25, INCLUDING THE INCOME, YEAR-END VALUES AND TRANSACTIONS.

PART VII, INVESTMENTS AND TRUST, LINE 18 - A NON-CASH MERGER ON 04/29/2016, WHEREBY 2,508.062 SHARES OF FRANKLIN DOUBLE TAX FREE INCOME CLASS A WERE TRANSFERRED OUT AND 2,171.887 SHARES OF FRANKLIN HIGH YIELD TAX FREE INCOME-A WERE TRANSFERRED IN.

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMES, JAMES L. | 05/02/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES L. HOLMES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544